UNITED STATES DISTRICT COURT

EASTERN DISTRICT COURT OF LOUISIANA

| | | |
|---|---|---|
| SILVER DREAM, L.L.C., a Louisiana Limited Liability Company | ) ) ) | CIVIL ACTION NO. |
| Plaintiff, | ) ) ) | SECTION "  " JUDGE |
| v. | ) ) | |
| NASIM BURKE, doing business as AKHTAR IMPORTS | ) ) ) | DIVISION MAGISTRATE JUDGE |

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Plaintiff, Silver Dream, L.L.C., alleges the following in support of its Complaint:

### INTRODUCTION

1. This action arises out of willful copyright infringement by defendant Akhtar Imports of an original jewelry design created and owned by plaintiff, Silver Dream. Silver Dream seeks preliminary and permanent injunctive relief, damages and attorney fees for injuries that have been and will continue to be caused by such use in violation of the Copyright Act (17 U.S.C. §§101, *et seq*), for unfair competition under Louisiana law and for violation of the Louisiana Unfair Trade Practices and Consumer Protection Law (La.R.S. 15:1401 *et seq*).

## JURISDICTION AND VENUE

2. This action arises under the Copyright Act, 17 U.S.C. §§101 *et seq* and the jurisdiction of the Court is founded upon 28 U.S.C. §1331 (federal question) and 28 U.S.C. §1338(a) (original and exclusive jurisdiction over copyright actions). The Court has jurisdiction over Silver Dream's state law claims pursuant to 28 U.S.C. §1367.

3. The Court has personal jurisdiction over the defendants because they have committed and continue to commit willful copyright infringement in the State of Louisiana and in this judicial district.

4. Venue lies in the Eastern District of Louisiana pursuant to the provisions of 28 U.S.C. §1391(b) and §1391(c) and 28 U.S.C. 1400(a) and (b) because a substantial part of the events and omissions giving rise to the claims asserted in this Complaint occurred in this judicial district and because defendants may be found in this district.

## THE PARTIES

5. Plaintiff Silver Dream, L.L.C. is a Louisiana limited liability company having its principal place of business at 8004 Willow Street, New Orleans, Louisiana. Silver Dream designs, markets and sells jewelry. Silver Dream's products are sold throughout the United States, including the Eastern District of Louisiana.

6. Upon information and belief, Nasim Burke is a resident of Kenner, Louisiana and does business as Akhtar Imports. .

## FACTUAL ALLEGATIONS

7. Silver Dream, through its owners Joseph and Lety Tumulty, has operated a wholesale jewelry design business in New Orleans for more than a decade. Silver Dream creates

original jewelry designs – often incorporating a New Orleans theme – and sells its jewelry to retailers in New Orleans, Louisiana and across the United States.

8. In the fall of 2009, Silver Dream conceived and created a jewelry design for a football-themed fleur de lis, including an image of a football, an image of a sports stadium and the words "Who Dat", "NOLA" and "Believe Dat." The jewelry design was ultimately captured in the pendant pictured to the right (hereafter referred to as the "Silver Dream Design").



9. Jewelry incorporating the Silver Dream Design was and continues to be extremely successful.

10. The Silver Dream Design is wholly original and constitutes copyrightable subject matter. All rights, title and interest in the Silver Dream Design are owned by Silver Dream.

11. Silver Dream owns and holds United States Copyright Registration No. VA 1-732-632 issued by the United States Copyright Office for the Silver Dream Design.

12. Jewelry incorporating the Silver Dream Design has been widely advertised and sold in the greater New Orleans area since fall 2009.

13. Silver Dream and Akhtar are competitors in the jewelry industry. As both attend and market their products at events in New Orleans, both are aware of each other's jewelry designs and the relative success of those designs. Once the Silver Dream Design was put in the marketplace, Akhtar had access to the design and, upon information and belief, knew the design was experiencing success in the marketplace.

14. Akhtar has been manufacturing, selling and marketing jewelry that directly copies the Silver Dream Design. Akhtar's copying and selling of Silver Dream's design has been willful and intentional. Silver Dream became aware of Akhtar's infringing activity on January 16, 2011 when Mt. Tumulty encountered Akhtar selling the infringing pieces at the New Orleans French Market. A representative of Silver Dream attempted to resolve this dispute amicably but was rebuked by the Akhtar representative.

15. Jewelry sold by Akhtar wholly encompasses and directly copies Silver Dream's Design; an image of Akhtar's copied pendant is shown below. Akhtar's pendant is identical to pendants sold by Silver Dream incorporating the Silver Dream Design. The football and sport stadium images are depicted at exactly the same location on the fleur de lis. The phrases "Who Dat", "NOLA" and "Believe Dat" also appear in the same location on Akhtar's design as the Silver Dream Design. It is immediately obvious that Akhtar copied Silver Dream's Design.

{remainder of this page intentionally left blank}

**Silver Dream's Fleur De Lis Pendant**



**Akhtar's Copied Design**



16. Akhtar knew, or should have known, that it did not have permission to copy Silver Dream's Design.

### FIRST CAUSE OF ACTION
### COPYRIGHT INFRINGEMENT

17. Silver Dream repeats and realleges the allegation set forth in paragraphs 1-16 above as if fully set forth in this paragraph.

18. Silver Dream owns all right and title to the copyright interests in the Silver Dream Design, including a copyright registration issued by the United States Copyright Office.

19. Akhtar has willfully and intentionally infringed Silver Dream's copyright interests in the design by copying, marketing and selling an identical design.

20. Akhtar's copyright infringement has damaged Silver Dream in a sum not presently known but believed to be significant.

21. Silver Dream is entitled to preliminary and permanent injunctive relief, damages, attorney fees and the destruction of Akhtar's infringing copies.

### SECOND CAUSE OF ACTION
### UNFAIR COMPETITION

22. Silver Dream realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 21 above.

23. Akhtar's conduct constitutes unfair competition in violation of Louisiana law.

24. Akhtar's unfair competition has damaged Silver Dream in a sum not presently known but believed to be significant.

25. Silver Dream is entitled to preliminary and permanent injunctive relief, damages, attorney fees and the destruction of Akhtar's infringing copies.

### THIRD CAUSE OF ACTION
### UNFAIR TRADE PRACTICES

26. Silver Dream realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 26 above.

27. Akhtar's conduct constitutes a violation of Louisiana's Unfair Trade Practices and Consumer Protection Law, La.R.S. 51:1401-1420.

28. Akhtar's unfair trade practices have damaged Silver Dream in a sum not presently known by believed to be significant.

29. Silver Dream is entitled to preliminary and permanent injunctive relief, actual damages, treble damages, attorney fees and costs.

**PRAYER FOR RELIEF**

Silver Dream, L.L.C. prays for relief as follows:

A.      A judgment against Nasim Burke and any other person doing business as Akhtar Imports, and its affiliates, agents, servants, employees, representatives and all other persons, firms or corporations in active concert or participation with them, preliminarily and permanently enjoining and restraining them from using, copying or otherwise infringing Silver Dream's Design;

B.      Ordering the seizure and destruction of any infringing materials;

C.      Requiring defendants to account for and pay to Silver Dream, all gains, profits, a advantages derived from defendants' wrongful acts, or such alternative measure or measures of damages, including statutory damages, as may be appropriate.

D.      In view of defendants' willful conduct, treble or exemplary damages.

E       An award of attorney fees, interests and costs; and,

F.      Any other or further relief to which plaintiff may be entitled.


Dated: January 25, 2011

>
> Respectfully submitted,
>
>
> /s/ Greg Latham_____
> Gregory D. Latham
> 201 St. Charles Avenue, Suite 114
> New Orleans, Louisiana 70170
> Phone: (504) 322.7166
> Fax: (504) 322.7184
> glatham@iplawconsulting.com
>
> Attorney for Silver Dream, LLC